

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Victor Santana,

    Plaintiff,

 -v-

Guess ?, Inc.; South Street Seaport Limited Partnership,

    Defendants.

------------------------------------------------------------ X

Civil Action No.: 16 CV 7945 (RWS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Victor Santana and Defendants Guess ?, Inc. and South Street Seaport Limited Partnership through their undersigned respective counsel, that this action shall be, and the same hereby is, dismissed in its entirety, *with prejudice*, and without costs or attorneys' fees to any party as against any party.

Dated: August 3, 2017
   New York, New York

| | |
|---|---|
| **LAW OFFICE OF DONALD J. WEISS** | **SEYFARTH SHAW LLP** |
| By: _____ | By: _____ |
| Donald J. Weiss, Esq. | John W. Egan |
| 363 Seventh Avenue, 4th Floor | 620 Eighth Avenue |
| New York, NY 10001 | New York, New York 10018 |
| (212) 967-4440 | (212) 218-5291 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Guess ?, Inc.* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/17

40040493v.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____
Aaron Warshaw, Esq.
1745 Broadway, 22nd Fl.
New York, NY 10019
(212) 492-2501
*Attorneys for Defendant South Street
Seaport Limited Partnership*

SO ORDERED:

_____
HON. ROBERT W. SWEET, U.S.D.J.

8-11-17